IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTRONIC SOUND, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire Insurance Company;<br><br>Defendant,<br><br>vs.<br><br>ZATA ELECTRIC, LLC<br><br>Defaulted Defendant. | **8:23CV199**<br><br>**SHOW CAUSE ORDER** |

Plaintiff filed this action on May 16, 2023. (Filing No. 1). Plaintiff has filed a summons returned executed upon Zata Electric, LLC. (Filing No. 13). To date, Defendant has not filed an answer or other responsive pleading. An entry of default was entered in this case on June 29, 2023. (Filing No. 15). The clerk's entry of default was mailed to Defendant Zata Electric, LLC, and the mailing was not returned. Defendant has not moved to set aside the entry of default and Plaintiff has taken no further action. Plaintiff has a duty to prosecute this case with reasonable diligence. See NECivR 41.2.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until October 20, 2023, to show cause why its claims against Defendant Zata Electric, LLC should not be dismissed for

want of prosecution. The failure to timely comply with this order may result in dismissal of the claims against these defendants without further notice.

2) The clerk shall mail a copy of this order to Defendant at:

Zata Electric, LLC
c/o USCA, Inc., Registered Agent
Omaha, NE 68102

Dated this 29th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge